BETTY HERRERA (242189)
SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPAR GONZALEZ, JR,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>Defendant. | Civil No. C07-05430 JSW<br><br>STIPULATION AND ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Monday, April 14, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (20) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

1

STIPULATION AND ORDER

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: March 12, 2008 | /s/<br>PETER K. THOMPSON<br>Assistant U.S. Attorney |
| Dated: March 12, 2008 | /s/<br>BETTY HERRERA<br>Attorney for Plaintiff<br>GASPAR GONZALEZ, JR. |

IT IS SO ORDERED.

Dated:   March 13, 2008

HON. JEFFREY S. WHITE
United States District Judge