BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPAR GONZALEZ, JR, | ) Civil No. C07-05430 JSW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (14) days up through and including Monday, April 28, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (14) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

1

STIPULATION AND ORDER

1
2   JOSEPH P. RUSSONIELLO
    United States Attorney
3
4
5
    Dated: April 10, 2008              /s/
6                                      PETER K. THOMPSON
                                       Assistant U.S. Attorney
7
8
9
10
    Dated: April 10, 2008              /s/
11                                     BETTY HERRERA
                                       Attorney for Plaintiff
12                                     GASPAR GONZALEZ, JR.
13
14
    IT IS SO ORDERED.
15
16
17  Dated: April 11, 2008              *Jeffrey S. White* (signature)
                                       _____
18                                     HON. JEFFREY S. WHITE
                                       United States District Judge
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER

2