1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9
10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12

13  GASPAR GONZALEZ, JR.              )  No.: C-07-05430 JSW
                                      )
14              Plaintiff,            )
                                      )
15                                    )
                                      )
16  v.                                )  STIPULATION AND ORDER FOR
                                      )  DISMISSAL
17                                    )
    MICHAEL J. ASTRUE,                )
18  Commissioner, Social Security     )
    Administration,                   )
19                                    )
                                      )
20              Defendant.            )
                                      )
21  _____

22      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
23  matter be dismissed in its entirety without prejudice. Each party shall bear their own
24  attorney's fees and costs.
25
26
27
28

                                    1
STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 25, 2008

/s/
PETER K. THOMPSON
Special Assistant U.S. Attorney

Dated:  April 25, 2008

/s/
BETTY HERRERA
Attorney for Plaintiff
GASPAR GONZALEZ, JR.

IT IS SO ORDERED.

Dated: __April 25, 2008___

*[signature: Jeffrey S. White]*
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND ORDER

2