1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9
10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12

13 GASPAR GONZALEZ, JR.          ) No.: C-07-05430 JSW
                                 )
14           Plaintiff,           )
                                 )
15                               )
                                 )
16 v.                            ) STIPULATION AND ORDER FOR
                                 ) DISMISSAL
17                               )
   MICHAEL J. ASTRUE,            )
18 Commissioner, Social Security )
   Administration,               )
19                               )
                                 )
20           Defendant.           )
                                 )
21 _____

22      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
23 matter be dismissed in its entirety without prejudice. Each party shall bear their own
24
   attorney's fees and costs.
25

26
27
28

                                          1
STIPULATION AND ORDER

1  JOSEPH P. RUSSONIELLO
   United States Attorney
2
3
4
   Dated: April 25, 2008                /s/
5                                       PETER K. THOMPSON
                                        Special Assistant U.S. Attorney
6
7
8
9  Dated: April 25, 2008                /s/
                                        BETTY HERRERA
10                                      Attorney for Plaintiff
                                        GASPAR GONZALEZ, JR.
11
12
13 IT IS SO ORDERED.
14
15 Dated: __April 25, 2008___            _[signature: Jeffrey S. White]_
                                        HON. JEFFREY S. WHITE
16                                      United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION AND ORDER